UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAHJAE FERRIL,<br>Petitioner,<br>v.<br>BRUCE SCOTT ET AL.,<br>Respondents. | CASE NO. 2:26-cv-03161-JHC<br>ORDER |

Because Petitioner does not appear to have funds available to afford the $405.00 filing fee, Petitioner financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). The Court thus GRANTS Petitioner's IFP application (Dkt. # 1).

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 4th day of September, 2026.

John H. Chun
John H. Chun
United States District Judge