UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TAHJAE FERRIL,<br><br>Petitioner,<br><br>v.<br><br>BRUCE SCOTT ET AL.,<br><br>Respondents. | CASE NO. 2:26-cv-03161-JHC<br><br>ORDER |

This matter comes before the Court on Petitioner's Motion for Appointment of Pro-Bono Counsel. Dkt. # 7. Having considered the balance of the record, the Court does not find that the interests of justice require that Petitioner be appointed counsel at this time. *See* 18 U.S.C. § 3006A(a)(2)(B).

"In deciding whether to appoint counsel in a habeas proceeding, the district court must evaluate the likelihood of success on the merits as well as the ability of the petitioner to articulate his claims pro se in light of the complexity of the legal issues involved." *Weygandt v. Look*, 718 F.2d 952, 954 (9th Cir. 1983) (per curiam). Here, Petitioner's case undoubtedly involves complex legal issues. *See generally* Dkt. But the petition itself competently and effectively sets forth the proper legal standard for Petitioner's claim and applies it to the facts of his case. *See generally* Dkt. # 5. And while the Court has yet to receive all briefing on this matter, its initial

review of the facts indicates that Petitioner is unlikely to succeed on the merits of his claim due to the underlying factual circumstances, not his lack of legal training. Accordingly, the Court DENIES Petitioner's motion (Dkt. # 7) and directs Petitioner to remain pro se in this action.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 21st day of September, 2026.

John H. Chun
United States District Judge